```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07258
   ALAN A JANDURA
   LISA J JANDURA                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-0302    SSN XXX-XX-0408
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/02/05 and confirmed on 05/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 25740.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GRUNDY COUNTY NATL BANK | CURRENT MORTG | .00 | .00 | .00 |
| GRUNDY BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| GRUNDY BANK | SECURED | 7128.08 | 518.99 | 7128.08 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7557.51 | .00 | 4491.60 |
| WELLS FARGO FINANCIAL IN | SECURED | 1000.00 | 70.43 | 1000.00 |
| BECKET & LEE LLP | UNSECURED | 1669.66 | .00 | 992.32 |
| ASPIRE VISA | UNSECURED | 1183.41 | .00 | 703.33 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3611.13 | .00 | 2146.17 |
| ASSOCIATED FOOT SURGEONS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7900.86 | .00 | 4695.66 |
| LOYOLA UNIVERSITY C U | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY C U | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS FCNB | UNSECURED | NOT FILED | .00 | .00 |
| TOUSSAINT OBSTETRICS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1057.92 | .00 | 628.75 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 24.14 | .00 | 14.35 |
| GRUNDY BANK | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 8128.08 | .00 | 23004.63 | .00 | 31132.71 |
| PRINCIPAL PAID | 8128.08 | .00 | 13672.18 | .00 | 21800.26 |
| INTEREST PAID | 589.42 | .00 | .00 | .00 | 589.42 |
| TOTAL PAID | 8717.50 | .00 | 13672.18 | .00 | 22389.68 |

The Debtor's attorney, JOHN A REED                , was allowed $   2700.00 and was paid $     406.00  direct and $    2294.00   through the plan.

The Trustee received $    1056.32 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE